**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-20245
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

DUNCAN BURTON,

Defendant-Appellant.

Appeal from the United States District Court
For the Southern District of Texas
USDC No. H-95-303-9

July 9, 1997

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Duncan Burton appeals from the district court's order revoking his pretrial release pursuant to 18 U.S.C. § 3148(b). After reviewing the record, we have determined that the district court's order revoking pretrial release is supported by the proceedings

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

below and the factual basis of the decision is not clearly erroneous.  *See United States v. Aron*, 904 F.2d 221, 223 (5th Cir. 1990).  We therefore affirm the order revoking pretrial release.

AFFIRMED